EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Carlos R. Carrión Crespo | 2007 TSPR 45 170 DPR _____ |
|---|---|

Número del Caso: TS-12,949

Fecha: 9 de marzo de 2007

Abogado de la Parte Peticionaria:

            Por Derecho Propio


Colegio de Abogados de Puerto Rico:

            Lcdo. José M. Montalvo Trías
            Director Ejecutivo



Materia: Renuncia al ejercicio de la abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos R. Carrión Crespo                    TS-12949

RESOLUCIÓN

San Juan, Puerto Rico, a 9 de marzo de 2007.

Examinadas la "Solicitud de baja voluntaria del ejercicio de la Abogacía" presentada por el Lcdo. Carlos Rafael Carrión Crespo y la "Moción Contestando Resolución" presentada por el Colegio de Abogados de Puerto Rico, con lugar como se pide.

Se autoriza la baja del ejercicio de la profesión de abogado en Puerto Rico, solicitada voluntariamente por el Lcdo. Carlos Rafael Carrión Crespo.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Fiol Matta no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo